UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DANIEL RODRIGUEZ,

                                Plaintiff,

Civil Action No:
1:23-cv-3147

So Ordered,

-v.-

FLUTE CENTER OF NEW YORK, LLC

/s/(ARR)

Allyne R. Ross, U.S.D.J. 8/16/23

                                Defendants.

----------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Flute Center of New York, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 15, 2023

| For Plaintiff Daniel Rodriguez | For Defendant Flute Center of New York, LLC |
|---|---|
| *s/Mark Rozenberg* | *s/Brian G. Klein* |
| Mark Rozenberg | Brian G. Klein |
| Stein Saks, PLLC | Weinstein & Klein, PC |
| One University Plaza | 1 High Street Court suite 5 |
| Hackensack, NJ 07601 | Morristown, NJ 07960 |
| Ph: (201) 282-6500 | Ph: (347) 502-6464 |
| mrozenberg@steinsakslegal.com | bklein@weinsteinklein.com |

1

## CERTIFICATE OF SERVICE

I certify that on August 15, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
